UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA, | Case No.: CV 21-600-GW-AFMx |
| Plaintiff, | **ORDER** |
| v. | |
| IMAT, INC., a California Corporation; and Does 1-10, | |
| Defendant. | |

**ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. The Court sets an Order to Show re: Settlement Hearing for July 26, 2021 at 8:30 a.m. The parties are advised the hearing will be vacated, and no appearance will be required provided a stipulation to dismiss, is filed by noon on July 22, 2021.

**IT IS SO ORDERED.**

Dated: May 24, 2021

_____
HONORABLE GEORGE H. WU
United States District Judge